| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-12007-AMC

Nabil Nyazi
2156 Sproul Road
Broomall  PA    19008

Petition Filed Date: 04/15/2020
341 Hearing Date: 05/15/2020
Confirmation Date: 10/14/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/04/2020 | $100.00 | | 06/02/2020 | $100.00 | | 07/02/2020 | $104.00 | |
| 08/03/2020 | $104.00 | | 09/01/2020 | $104.00 | | 10/02/2020 | $104.00 | |
| 11/02/2020 | $104.00 | | 12/03/2020 | $104.00 | | 01/05/2021 | $104.00 | |
| 02/01/2021 | $104.00 | | 03/04/2021 | $104.00 | | 04/05/2021 | $104.00 | |
| 05/03/2021 | $104.00 | | 06/02/2021 | $104.00 | | | | |

**Total Receipts for the Period: $1,448.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,448.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | RICHARD N LIPOW ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $9,577.12 | $84.44 | $9,492.68 |
| 2 | BANK OF AMERICA »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TD BANK NA »» 003 | Unsecured Creditors | $2,535.67 | $15.57 | $2,520.10 |
| 4 | CITADEL FEDERAL CREDIT UNION »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CITADEL FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $13,794.02 | $121.63 | $13,672.39 |
| 6 | CITADEL FEDERAL CREDIT UNION »» 006 | Unsecured Creditors | $3,428.45 | $33.17 | $3,395.28 |
| 7 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $1,631.58 | $15.81 | $1,615.77 |
| 8 | AMERICAN INFOSOURCE LP »» 008 | Unsecured Creditors | $2,071.49 | $16.41 | $2,055.08 |
| 9 | AMERICAN EXPRESS NATIONAL BANK »» 009 | Unsecured Creditors | $979.97 | $0.00 | $979.97 |
| 10 | BANK OF AMERICA NA »» 010 | Unsecured Creditors | $16,980.68 | $149.74 | $16,830.94 |
| 11 | BANK OF AMERICA NA »» 011 | Unsecured Creditors | $2,726.95 | $16.74 | $2,710.21 |
| 12 | BANK OF AMERICA NA »» 012 | Unsecured Creditors | $3,160.41 | $16.56 | $3,143.85 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $1,614.91 | $15.62 | $1,599.29 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $3,149.32 | $16.50 | $3,132.82 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $2,961.43 | $15.53 | $2,945.90 |
| 16 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $10,338.69 | $91.16 | $10,247.53 |
| 17 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $10,812.57 | $95.31 | $10,717.26 |
| 18 | BANK OF AMERICA N.A. »» 018 | Mortgage Arrears | $183.71 | $183.71 | $0.00 |
| 19 | DEPARTMENT STORE NATIONAL BANK »» 019 | Unsecured Creditors | $6,411.57 | $56.53 | $6,355.04 |
| 20 | CITIBANK NA »» 020 | Unsecured Creditors | $7,101.86 | $62.63 | $7,039.23 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $8,330.71 | $73.48 | $8,257.23 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $600.00 | $0.00 | $600.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,448.00 | Current Monthly Payment: | $104.00 |
| Paid to Claims: | $1,080.54 | Arrearages: | ($104.00) |
| Paid to Trustee: | $122.96 | Total Plan Base: | $6,232.00 |
| Funds on Hand: | $244.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.