| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-12007-AMC

| | |
|---|---|
| Nabil Nyazi | Petition Filed Date: 04/15/2020 |
| 2156 Sproul Road | 341 Hearing Date: 05/15/2020 |
| Broomall  PA   19008 | Confirmation Date: 10/14/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $104.00 | | 09/01/2022 | $104.00 | | 10/03/2022 | $104.00 | |
| 11/01/2022 | $104.00 | | 12/02/2022 | $104.00 | | 01/04/2023 | $104.00 | |
| 02/01/2023 | $104.00 | | 03/06/2023 | $104.00 | | 04/03/2023 | $104.00 | |
| 05/02/2023 | $104.00 | | 06/02/2023 | $104.00 | | 07/05/2023 | $104.00 | |
| 08/01/2023 | $104.00 | | | | | | | |

**Total Receipts for the Period: $1,352.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,152.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | RICHARD N LIPOW ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $9,577.12 | $303.47 | $9,273.65 |
| 2 | BANK OF AMERICA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TD BANK NA<br>»» 003 | Unsecured Creditors | $2,535.67 | $78.09 | $2,457.58 |
| 4 | CITADEL FEDERAL CREDIT UNION<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CITADEL FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $13,794.02 | $437.07 | $13,356.95 |
| 6 | CITADEL FEDERAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $3,428.45 | $111.59 | $3,316.86 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $1,631.58 | $47.37 | $1,584.21 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $2,071.49 | $65.58 | $2,005.91 |
| 9 | AMERICAN EXPRESS NATIONAL BANK<br>»» 009 | Unsecured Creditors | $979.97 | $31.16 | $948.81 |
| 10 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $16,980.68 | $552.86 | $16,427.82 |
| 11 | BANK OF AMERICA NA<br>»» 011 | Unsecured Creditors | $2,726.95 | $84.02 | $2,642.93 |
| 12 | BANK OF AMERICA NA<br>»» 012 | Unsecured Creditors | $3,160.41 | $99.99 | $3,060.42 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $1,614.91 | $46.96 | $1,567.95 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $3,149.32 | $99.73 | $3,049.59 |

**Chapter 13 Case No. 20-12007-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $2,961.43 | $93.86 | $2,867.57 |
| 16 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $10,338.69 | $327.50 | $10,011.19 |
| 17 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $10,812.57 | $342.52 | $10,470.05 |
| 18 | BANK OF AMERICA  N.A. »» 018 | Mortgage Arrears | $183.71 | $183.71 | $0.00 |
| 19 | DEPARTMENT STORE NATIONAL BANK »» 019 | Unsecured Creditors | $6,411.57 | $208.78 | $6,202.79 |
| 20 | CITIBANK NA »» 020 | Unsecured Creditors | $7,101.86 | $231.21 | $6,870.65 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $8,330.71 | $271.35 | $8,059.36 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $600.00 | $15.33 | $584.67 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,152.00 | Current Monthly Payment: | $104.00 |
| Paid to Claims: | $3,632.15 | Arrearages: | ($104.00) |
| Paid to Trustee: | $350.72 | Total Plan Base: | $6,232.00 |
| Funds on Hand: | $169.13 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.