UNITED STATES BANKRUPTCY COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

Nabil Nyazi

    Debtor.  Case No. 20-12007

ORDER

AND NOW, this _____ day of October 2023, upon motion of Movant / Debtor Nabil Nyazi, for leave to sell the real property 2156 Sproul Road, Broomall, Pennsylvania, owned by the debtor and his spouse, the Court, after notice to all parties and the opportunity for a hearing, the Court being fully advised, the motion is GRANTED and Movant may immediately enforce and implement this Order.

BY THE COURT

_____
UNITED STATES BANKRUPTCY JUDGE