# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: Nabil Nyazi | CASE NO: 20-12007 |
|---|---|
|  | **DECLARATION OF MAILING** |
|  | **CERTIFICATE OF SERVICE** |
|  | Chapter: 13 |

On 9/1/2023, I did cause a copy of the following documents, described below,

Amended Notice of hearing

Proposed Order

Motion and exhibits

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/1/2023

/s/ RICHARD N LIPOW
RICHARD N LIPOW  32399
Attorney at Law
LIPOWLAW
43 STONHEDGE DR
GLENMOORE, PA  19343
610 251 2500
RICHARDLIPOW@ME.COM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:Nabil Nyazi | CASE NO: 20-12007 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/1/2023, a copy of the following documents, described below,

Amended notice of hearing

Proposed Order

Motion and exhibits

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/1/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
RICHARD N LIPOW
LIPOWLAW
43 STONHEDGE DR
GLENMOORE, PA  19343

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 20-12007
EASTERN DISTRICT OF PENNSYLVANIA
FRI SEP 1 11-38-21 PST 2023

EXCLUDE
~~(U)BANK OF AMERICA  NA~~

MANUFACTURERS AND TRADERS TRUST COMPANY
ALSO
BANK OF AMERICA  NA
PO BOX 31785
TAMPA  FL 33631-3785

~~EXCLUDE~~
~~(D)MANUFACTURERS AND TRADERS TRUST~~
~~COMPANY ALSO~~
~~BANK OF AMERICA  NA~~
~~PO BOX 31785~~
~~TAMPA  FL 33631-3785~~

~~EXCLUDE~~
~~(D)MANUFACTURERS AND TRADERS TRUST~~
~~COMPANY ALSO~~
~~BANK OF AMERICA  NA~~
~~PO BOX 31785~~
~~TAMPA  FL 33631-3785~~

~~EXCLUDE~~
~~(U)MANUFACTURERS AND TRADERS TRUST~~
~~COMPANY  ET~~

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~OFFICE OF THE US TRUSTEE~~
~~ROBERT NC NIX FEDERAL BUILDING~~
~~SUITE 320~~
~~PHILADELPHIA  PA 19107~~

~~EXCLUDE~~
~~PHILADELPHIA~~
~~900 MARKET STREET~~
~~SUITE 400~~
~~PHILADELPHIA  PA 19107-4233~~

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981540
EL PASO  TX 79998-1540

AMEX
PO BOX 981537
EL PASO  TX 79998-1537

AMEXBANKRUPTCY
CORRESPONDENCEBANKRUPTCY
PO BOX 981540
EL PASO  TX 79998-1540

AMEXBANKRUPTCY
PO BOX 8218
MASON  OH 45040-8218

BANK OF AMERICA
4909 SAVARESE CIRCLE
FL1-908-01-50
TAMPA  FL 33634-2413

BANK OF AMERICA
4909 SAVARESE CIRCLE
TAMPA  FL 33634-2413

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA  FL 33634-2413

BANK OF AMERICA
ATTN BANKRUPTCY
NC4-105-03-14 POB 26012
GREENSBORO  NC 27420

BANK OF AMERICA
PO BOX 45144
JACKSONVILLE  FL 32232-5144

BANK OF AMERICA
PO BOX 982238
EL PASO  TX 79998-2238

BANK OF AMERICA  NA
P O BOX 982284
EL PASO  TX 79998-2284

BANK OF AMERICA  NA
PO BOX 31785
TAMPA  FL 33631-3785

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON  DE 19899-8801

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON  DE 19899-8803

BARCLAYSBANKDE
125 S WEST ST
WILMINGTON  DE 19801-5014

BARCLAYSBANKDE
ATTN BANKRUPTCY
125 SOUTH WEST STREET
WILMINGTON  DE 19801-5014

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE
PO BOX 30281
SALT LAKE CITY  UT 84130-0281

USPS FIRST-CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via a First-Class USPS Mail Service.

| | | |
|---|---|---|
| CAPITAL ONE BANK (USA)  NA<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | CITADEL FCU<br>520 EAGLEVIEW BLVD<br>EXTON  PA 19341-1119 | CITADEL FCU<br>ATTN BANKRUPTCY<br>520 EAGLEVIEW BLVD<br>EXTON  PA 19341-1119 |
| CITADEL FEDERAL CREDIT UNION<br>ATTN COLLECTIONS<br>520 EAGLEVIEW BLVD<br>EXTON  PA 19341-1119 | CITIBANK<br>CITICORP CREDIT SRVSCENTRALIZED BK DEPT<br>PO BOX 790034<br>ST LOUIS  MO 63179-0034 | CITIBANK<br>PO BOX 6217<br>SIOUX FALLS  SD 57117-6217 |
| CITIBANK  NA<br>5800 S CORPORATE PL<br>SIOUX FALLS  SD  57108-5027 | DEPARTMENT STORES NATIONAL BANK<br>CO QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND  WA  98083-0657 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY  OH  43054-3025 |
| DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | (P)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FATAH RHAMIRICH<br>239 SPRINGVALLEY WAY<br>ASTON  PA 19014-1454 |
| JALAH<br>405 ELM AV<br>CLIFTON HEIGHTS  PA 19018 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | MANUFACTURERS AND TRADERS TRUST<br>CO REBECCA ANN SOLARZ<br>KML LAW GROUP  PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA  PA 19106-1541 |
| MANUFACTURERS AND TRADERS TRUST COMPANY ALSO<br>CO KML LAW GROUP<br>701 MARKET STREET SUITE 5000<br>PHILADELPHIA  PA 19106-1541 | MANUFACTURERS AND TRADERS TRUST COMPANY ET<br>CO MARIO J HANYON  ESQ<br>1617 JFK BOULEVARD  SUITE 1400<br>ONE PENN CENTER PLAZA<br>PHILADELPHIA  PA 19103 | MANUFACTURERS AND TRADERS TRUST COMPAN<br>BANK OF AMERICA<br>PO BOX 31785<br>TAMPA FL 33631-3785 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SYNCBMITSUBISHIHM DS<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | SYNCBMITSUBISHIHM DS<br>CO PO BOX 965036<br>ORLANDO  FL 32896-0001 |
| SYNCHRONY BANKCARE CREDIT<br>ATTN  BANKRUPTCY DEPT<br>PO BOX 965064<br>ORLANDO  FL 32896-5064 | SYNCHRONY BANKCARE CREDIT<br>CO PO BOX 965036<br>ORLANDO  FL 32896-0001 | (P)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 |
| EXCLUDE<br>(D)(P)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 | TD BANK  NA<br>CO SCHILLER KNAPP LEFKOWITZ<br>HERTZEL LLP<br>950 NEW LOUDON ROAD<br>LATHAM NEW YORK 12110-2190 | NABIL NYAZI<br>2156 SPROUL ROAD<br>BROOMALL  PA 19008-2251 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

RICHARD N LIPOW                          (P)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
RICHARD N LIPOW                          2901 ST LAWRENCE AVE
43 STONEHEDGE DRIVE                      SUITE 100
GLENMOORE  PA 19343-8903                 READING PA 19606-2265
```