UNITED STATES BANKRUPTCY COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                  Chapter 13

Nabil Nyazi

                Debtor.                          Case No. 20-12007-AMC

\* \* \* \* \* \* \*
AMENDED
NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

**Nab il Nyazi filed a motion with the court for leave to sell real property.**

<u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 10/15/23 you or your attorney must do <u>all</u> of the following:

        (a) file an answer explaining your position at

Clerk
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107
Telephone: 215-408-2800
Office Hours: 8:30 A.M. to 5:00 P.M.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b) mail a copy to the movant's attorney:

           Richard N Lipow
           43 Stonehedge Drive
           Glenmoore PA 19343

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan at the Robert NC Nix Courthouse **on October 18, 2023** at 11:00 am in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia PA 19109.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: 9/29/23

/s/ Richard N Lipow
Richard N Lipow
43 Stonehedge Drive
Glenmoore PA 19343
610-251-2500; richard@lipowlaw.com