**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 20-12007 |
| Nabil Nyazi | Chapter 13 |
| Debtor(s) | |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 9/29/2023, I did cause a copy of the following document(s), described below:

Motion, Notice of Motion, Proposed Order, Exhibits

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/29/2023

/s/ Richard N Lipow
Richard N Lipow
Bar No. 32399
Lipow Law Office
43 STONEHEDGE DR
Glenmoore PA 19343-0000
610-251-2500
richard@lipowlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In re:                                          Case No. 20-12007

    Nabil Nyazi                           Chapter 13

    Debtor(s)

---

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

---

On 9/29/2023, I did cause a copy of the following document(s), described below:

Motion, Notice of Motion, Proposed Order, Exhibits

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/29/2023

*/s/ Melissa Membrino*

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 9/29/2023, I caused a copy of the Motion, Notice of Motion, Proposed Order and Exhibits to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | |
|---|---|---|---|---|
| Amex | Correspondence/Bankruptcy | Po Box 981540 | | El Paso TX 79998-0000 |
| Bank of America | Attn: Bankruptcy | PO BOX 31785 | | Tampa FL 33634-0000 |
| Barclays Bank Delaware | Attn: Bankruptcy | Po Box 8801 | | Wilmington DE 19899-0000 |
| Capital One | Attn: Bankruptcy | Po Box 30285 | | Salt Lake City UT 84130-0000 |
| Citadel FCU | Attn: Bankruptcy | 520 Eagleview Blvd | | Exton PA 19341-0000 |
| Citibank | Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034 | | | St Louis MO 63179-0000 |
| Discover Financial | Attn: Bankruptcy | Po Box 3025 | | New Albany OH 43054-0000 |
| FATAH RHAMIRICH | 239 SPRINGVALLEY WAY | | | Aston PA 19014-0000 |
| JALAH | 405 ELM AV | | | Clifton Heights PA 19018-0000 |
| Syncb/Mitsubishi-Hm Ds | Attn: Bankruptcy | Po Box 965060 | | Orlando FL 32896-0000 |
| Synchrony Bank/Care Credit | Attn: Bankruptcy Dept | Po Box 965064 | | Orlando FL 32896-0000 |
| TD Bank | CO MARTIN A MOONEY ESQ | 950 NEW LOOUDON RD, STE 109 | | Latham NY 12110-0000 |