# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:** Nabil Nyazi

        **Debtor(s)**

BK NO. 20-12007 AMC

Chapter 13

Related to Document No. 39

Hearing Date: 10/18/2023

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Sell Real Estate and mortgagee MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB's Objection thereto and the parties' having resolved the objection, it is hereby **ORDERED** as follows:

1. The Debtor and his spouse are authorized to sell the Real Property located 2156 Sproul Road, Broomall, Pennsylvania on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the mortgage liens on the subject Real Property as well as other liens against the Real Property unless the liens are expressly avoided by court order. Until such liens are satisfied, the Real Property is not free and clear of those liens.

3. Any real estate broker commission, taxes, and other closing costs payable by the Debtor and his spouse may be satisfied from the proceeds of sale as provided for in the contract of sale at closing and the settlement sheet from the closing shall be forwarded to the Chapter 13 Trustee within seven days of closing.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge