| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-12007-AMC

| | |
|---|---|
| Nabil Nyazi | Petition Filed Date: 04/15/2020 |
| 2156 Sproul Road | 341 Hearing Date: 05/15/2020 |
| Broomall  PA    19008 | Confirmation Date: 10/14/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | $104.00 | | 09/01/2023 | $104.00 | | 10/02/2023 | $104.00 | |
| 11/01/2023 | $104.00 | | 12/04/2023 | $104.00 | | 01/03/2024 | $104.00 | |
| 02/01/2024 | $104.00 | | 03/05/2024 | $104.00 | | 04/01/2024 | $104.00 | |
| 05/02/2024 | $104.00 | | 06/04/2024 | $104.00 | | 07/02/2024 | $104.00 | |

**Total Receipts for the Period:  $1,248.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | RICHARD N LIPOW ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK  »» 001 | Unsecured Creditors | $9,577.12 | $419.79 | $9,157.33 |
| 2 | BANK OF AMERICA  »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TD BANK NA  »» 003 | Unsecured Creditors | $2,535.67 | $108.87 | $2,426.80 |
| 4 | CITADEL CREDIT UNION  »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CITADEL CREDIT UNION  »» 005 | Unsecured Creditors | $13,794.02 | $604.48 | $13,189.54 |
| 6 | CITADEL CREDIT UNION  »» 006 | Unsecured Creditors | $3,428.45 | $147.29 | $3,281.16 |
| 7 | CAPITAL ONE BANK (USA) NA  »» 007 | Unsecured Creditors | $1,631.58 | $63.00 | $1,568.58 |
| 8 | CAPITAL ONE BANK (USA) NA  »» 008 | Unsecured Creditors | $2,071.49 | $81.75 | $1,989.74 |
| 9 | AMERICAN EXPRESS NATIONAL BANK  »» 009 | Unsecured Creditors | $979.97 | $31.16 | $948.81 |
| 10 | BANK OF AMERICA NA  »» 010 | Unsecured Creditors | $16,980.68 | $729.46 | $16,251.22 |
| 11 | BANK OF AMERICA NA  »» 011 | Unsecured Creditors | $2,726.95 | $117.18 | $2,609.77 |
| 12 | BANK OF AMERICA NA  »» 012 | Unsecured Creditors | $3,160.41 | $132.84 | $3,027.57 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES  »» 013 | Unsecured Creditors | $1,614.91 | $62.42 | $1,552.49 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES  »» 014 | Unsecured Creditors | $3,149.32 | $132.46 | $3,016.86 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $2,961.43 | $124.67 | $2,836.76 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $10,338.69 | $452.96 | $9,885.73 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $10,812.57 | $473.75 | $10,338.82 |
| 18 | BANK OF AMERICA N.A.<br>»» 018 | Mortgage Arrears | $183.71 | $183.71 | $0.00 |
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»» 019 | Unsecured Creditors | $6,411.57 | $275.50 | $6,136.07 |
| 20 | CITIBANK NA<br>»» 020 | Unsecured Creditors | $7,101.86 | $305.03 | $6,796.83 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $8,330.71 | $358.03 | $7,972.68 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $600.00 | $15.33 | $584.67 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,400.00 | Current Monthly Payment: | $104.00 |
| Paid to Claims: | $4,819.68 | Arrearages: | $0.00 |
| Paid to Trustee: | $474.48 | Total Plan Base: | $6,232.00 |
| Funds on Hand: | $105.84 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.