United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12007-amc |
| Nabil Nyazi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 18, 2025 | Form ID: 138OBJ | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nabil Nyazi, 213 Southgate Dr., Crestview, FL 32539-6377 |
| 14494439 | #+ | FATAH RHAMIRICH, 239 SPRINGVALLEY WAY, Aston, PA 19014-1454 |
| 14494440 | | JALAH, 405 ELM AV, Clifton Heights, PA 19018 |
| 14567172 | + | MANUFACTURERS AND TRADERS TRUST, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14501099 | | Manufacturers And Traders Trust Company, et.al., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14511141 | | Manufacturers and Traders Trust Company, Bank of America,, P.O. Box 31785, Tampa FL 33631-3785 |
| 14498026 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14505659 | | Email/PDF: bncnotices@becket-lee.com | Apr 19 2025 01:02:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14494417 | + | Email/PDF: bncnotices@becket-lee.com | Apr 19 2025 01:02:05 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14494418 | + | Email/PDF: bncnotices@becket-lee.com | Apr 19 2025 01:12:35 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14494420 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2025 01:02:19 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 14494419 | + | Email/PDF: bncnotices@becket-lee.com | Apr 19 2025 01:02:06 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14494425 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2025 00:58:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14494421 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2025 00:58:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14494426 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2025 00:58:00 | Bank of America, Po Box 45144, Jacksonville, FL 32232-5144 |
| 14494424 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2025 00:58:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14494422 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 20-12007-amc   Doc 59   Filed 04/20/25   Entered 04/21/25 00:31:15   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 138OBJ | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 19 2025 00:58:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14494423 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Apr 19 2025 00:58:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27420 |
| 14508819 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | | Apr 19 2025 00:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14496534 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Apr 19 2025 00:58:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14494427 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | | Apr 19 2025 00:58:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14494428 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | | Apr 19 2025 00:58:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14494429 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | | Apr 19 2025 00:58:00 | Barclaysbankde, Attn: Bankruptcy, 125 South West Street, Wilmington, DE 19801-5014 |
| 14494430 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | | Apr 19 2025 00:58:00 | Barclaysbankde, 125 S West St, Wilmington, DE 19801-5014 |
| 14494431 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 19 2025 01:02:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14494432 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 19 2025 01:02:11 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14501978 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Apr 19 2025 01:02:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14494434 | + | Email/Text: bankruptcycollections@citadelbanking.com | | |
| | | | Apr 19 2025 00:59:00 | Citadel FCU, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14494433 | + | Email/Text: bankruptcycollections@citadelbanking.com | | |
| | | | Apr 19 2025 00:59:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14501776 | + | Email/Text: bankruptcycollections@citadelbanking.com | | |
| | | | Apr 19 2025 00:59:00 | Citadel Federal Credit Union, ATTN: COLLECTIONS, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 14494436 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 19 2025 01:02:19 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14494435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 19 2025 01:02:12 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14511892 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 19 2025 01:02:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14494438 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 19 2025 00:58:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 14511244 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 19 2025 00:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14496248 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 19 2025 00:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14494437 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 19 2025 00:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14511124 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 19 2025 01:02:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14566893 | | ^ MEBN | | |
| | | | Apr 19 2025 00:53:15 | MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14510548 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 19 2025 01:02:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

Case 20-12007-amc    Doc 59    Filed 04/20/25    Entered 04/21/25 00:31:15    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 138OBJ | Total Noticed: 48 |

| 14494441 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 01:02:10 | Syncb/Mitsubishi-Hm Ds, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14494442 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 01:02:18 | Syncb/Mitsubishi-Hm Ds, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14494443 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 01:02:05 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14494444 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 01:02:17 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14494445 | Email/Text: bankruptcy@td.com | Apr 19 2025 00:59:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |
| 14494446 | Email/Text: bankruptcy@td.com | Apr 19 2025 00:59:00 | TD Bank, Po Box 219, Lewiston, ME 04243 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2025                    Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

**Name**  **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB bkgroup@kmllawgroup.com

MARIO J. HANYON
on behalf of Creditor Manufacturers And Traders Trust Company  et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

RICHARD N. LIPOW
on behalf of Debtor Nabil Nyazi richard@lipowlaw.com ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Apr 18, 2025 Form ID: 138OBJ Total Noticed: 48
TOTAL: 7

*Form 138OBJ* (6/24)−doc 58 − 57

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Nabil Nyazi ) | Case No. 20−12007−amc |
| ) | |
| ) | |
|   Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 18, 2025

For The Court

Timothy B. McGrath
Clerk of Court